UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERENCE STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:16-CV-3429-G (BF) |
| CHIEF KEN CHEATLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a

recommendation in this case.  No objections were filed.  The district court reviewed

the proposed findings, conclusions and recommendation for plain error.  Finding

none, the court **ACCEPTS** the findings, conclusions and recommendation of the

United States Magistrate Judge.

**SO ORDERED**.

March 9, 2017.

_A. Joe Fish_

A. JOE FISH
**Senior United States District Judge**